UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14046-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MAURICIO RAMIREZ BELLO,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 10,2007. A Report and Recommendation was filed on September 11,2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to the six count Indictment which charges the Defendant in Count One with conspiracy to manufacture fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and 846.

In Count Two with conspiracy to possess with intent to distribute five hundred (500) grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; in Count Three with knowingly uttering, using and attempting to use, possess, obtain, accept and receive a counterfeited, altered, and falsely made document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a United States Permanent Resident Card bearing alien registration number A098-462-402, which the Defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a); in Count Four with knowingly and with the intent to deceive, falsely represent a number to be the social security number assigned by the Commissioner of Social Security to him, when in fact that number is not the social security account number assigned by the Commissioner of Social Security to him, when in fact that number is not the social security account number assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B); in Count Five with knowingly and with the intent to deceive, falsely represent a number to be the social security number assigned by the Commissioner of Social Security to him, when in fact that number is not the social security account number assigned by the Commissioner of Social to him, in violation of Title 42, United States Code, Section 408(a)(7)(B); and in Count Six with knowingly possessing or using, without lawful authority, a means of identification of another person, that is, a United States Permanent Resident Card bearing alien registration number A091-758-643, in violation of Title 18, United States Code, Section 1028A.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of September, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S. Probation Office